UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY MARTINELLI, Petitioner, v. ROBERT NEUSCHMID, Respondent. | Case No. 18-cv-02610-JD<br><br>**ORDER** |

Robert Martinelli, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court ordered respondent to show cause regarding the sole claim that petitioner received ineffective assistance from trial counsel for the failure to demurrer the criminal complaint. Respondent filed a motion to dismiss arguing that the claim in the petition was unexhausted. Petitioner originally filed a motion for a stay in response to the motion to dismiss. The Court dismissed the motion for a stay without prejudice for petitioner to file an amended motion with additional arguments. Petitioner has not filed an amended motion for a stay but has filed documents indicating that the California Supreme Court recently denied a petition.

It is not clear from petitioner's filing what claim was presented to the California Supreme Court and if it was the ineffective assistance of trial counsel claims that is the subject of this federal petition. Within **twenty-one (21) days**, petitioner shall indicate what claim was presented to the California Supreme Court. Petitioner may also wish to send a copy of the petition to the California Supreme Court with his reply.

Respondent may also provide a response if he is aware what claim was presented to the California Supreme Court or if he wishes to supplement his arguments from the motion to dismiss.

**IT IS SO ORDERED.**

Dated: January 29, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY MARTINELLI,<br>   Plaintiff,<br> v.<br>ROBERT NEUSCHMID,<br>   Defendant. | Case No. 18-cv-02610-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Anthony Martinelli ID: BC-9943
C.S.P. Solano A2-229 L
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696

Dated: January 29, 2019

              Susan Y. Soong
              Clerk, United States District Court

              By: /s/ Lisa R. Clark
              LISA R. CLARK, Deputy Clerk to the
              Honorable JAMES DONATO